Terrence J. Donahue
Chapter 7 Trustee
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, Washington 98402
Telephone: (253) 620-2519
Facsimile No.: (253) 620-2529

The Honorable Philip H. Brandt
Chapter 7
Hearing Date: February 27, 2007
Hearing Time: 9:30 a.m.
Response Date: February 20, 2007
Hearing Location: Tacoma, Washington

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

DEBORAH JOY MATTHEWS,

                Debtor.

NO. 04-42330-PHB

MOTION TO APPROVE ABANDONMENT OF CLAIM FOR LEGAL MALPRACTICE

**COMES NOW** Terrence J. Donahue, duly appointed and acting Chapter 7 Trustee ("Trustee"), and moves the Court pursuant to 11 U.S.C. § 554 to abandon the estate's interest in an alleged claim for legal malpractice.

## **DISCUSSION**

This bankruptcy proceeding was originally filed on March 9, 2004.

Deborah Joy Matthews is "Debtor" herein.

David A. Stirbis is Debtor's attorney.

Terrence J. Donahue is the duly appointed and acting Chapter 7 Trustee ("Trustee").

On information and belief, Debtor relied on petition preparers to prepare her petition. It is clear that Debtor failed to disclose a personal injury claim which is property of the estate. The case was closed in 2004. Thereafter, upon discovery of the personal injury claim, the case was reopened in October 2006. Debtor's failure to properly disclose the personal injury claim may be a basis to object to any claimed exemption therein. Debtor may have some resulting claim against the petition preparer, which if said claim arose prior to the filing of the petition on March 9, 2004, may be an asset of the estate.

1  Trustee has reviewed the potential alleged claim against the petition preparer and
2  feels that it is burdensome and of inconsequential value to the estate.  Accordingly, pursuant
3  to 11 U.S.C. § 554, Trustee seeks to abandon any alleged claim against the petition preparer.
4  The Certificate and Signature of Non-Attorney Bankruptcy Petition Preparer is
5  attached hereto as **Exhibit A** and incorporated herein by this reference identifying four (4)
6  individuals.
7  DATED this 26th day of January, 2007.

By: /s/ Terrence J. Donahue
    Terrence J. Donahue, WSBA #15193
    Chapter 7 Trustee

MOTION TO APPROVE ABANDONMENT
OF CLAIM FOR LEGAL MALPRACTICE - 2

00348685.DOC