**UNITED STATES BANKRUPTCY COURT**
**Western District of Washington**

In re: DEBORAH JOY MATTHEWS
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

Case No. ____________
Chapter 7

# CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

CARON MUCHMORE
Printed or Typed Name of Bankruptcy Petition Preparer

[redacted]
Social Security No.

PO BOX 99640
TACOMA WA
98499
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

NONE

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X [signature]
CARON MUCHMORE

3/1/04
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110, 18 U.S.C. § 156.

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
BANKRUPTCY PETITION PREPARER (SEE 11 USC SECTION 110)

I Certify that I am a bankruptcy petition preparer as defined in 11 USC Section 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**ALICE KUKLOK ASKOV**
Printed or typed name of Bankruptcy Petition Preparer — Social Security Number

**PO BOX 99640**
**TACOMA WA 98499**

x *Alice Kuklok Askov*

**************************************************************************************

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
BANKRUPTCY PETITION PREPARER (SEE 11 USC SECTION 110)

I Certify that I am a bankruptcy petition preparer as defined in 11 USC Section 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**GORDENE (DEE) DUGAN**
Printed or typed name of Bankruptcy Petition Preparer — Social Security Number

**PO BOX 99640**
**TACOMA WA 98499**

x *Gordene (Dee) Dugan*

**************************************************************************************

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
BANKRUPTCY PETITION PREPARER (SEE 11 USC SECTION 110)

I Certify that I am a bankruptcy petition preparer as defined in 11 USC Section 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**RACHEL SPRAGUE**
Printed or typed name of Bankruptcy Petition Preparer — Social Security Number

**PO BOX 99640**
**TACOMA WA 98499**

x *Rachel Sprague*

**************************************************************************************

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
BANKRUPTCY PETITION PREPARER (SEE 11 USC SECTION 110)

I Certify that I am a bankruptcy petition preparer as defined in 11 USC Section 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**WALTER LAWSON**
Printed or typed name of Bankruptcy Petition Preparer — Social Security Number

**PO BOX 99640**
**TACOMA WA 98499**

x *Walter E. Lawson*