| | |
|---|---|
| Terrence J. Donahue<br>Chapter 7 Trustee<br>1200 Wells Fargo Plaza<br>1201 Pacific Avenue<br>Tacoma, Washington 98402<br>Telephone: (253) 620-2519<br>Facsimile No.: (253) 620-2529 | The Honorable Paul B. Snyder<br>Chapter 7<br>Hearing Date: April 24, 2007<br>Hearing Time: 9:30 a.m.<br>Response Date: April 17, 2007<br>Hearing Location: Tacoma, WA |

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>DEBORAH JOY MATTHEWS,<br><br>Debtor. | NO. 04-42330-PHB<br><br>MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM AND TO APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS AND SUBROGATION |

**COMES NOW** Terrence J. Donahue, duly appointed and acting Chapter 7 Trustee for the above-referenced bankruptcy estate, and moves the Court to approve settlement of a personal injury claim pursuant to FRBP 9019.

## **BACKGROUND**

This bankruptcy proceeding was originally filed on March 9, 2004, as a Chapter 7.

Deborah Joy Matthews is "Debtor" herein.

Terrence J. Donahue is the duly appointed and acting Chapter 7 Trustee ("Trustee").

Debtor had an opening and ongoing personal injury matter which was not disclosed in Debtor's bankruptcy schedules nor disclosed at the above-referenced 341 meeting. Trustee was contacted by Daniel H. Haire, attorney at law, on September 26, 2005, advising Trustee of the pending personal injury claim. The personal injury claim commenced on January 4, 2004, approximately two (2) months prior to the bankruptcy filing.

By Motion dated October 10, 2006, the United States Trustee moved to reopen the

MOTION TO APPROVE SETTLEMENT OF PERSONAL
INJURY CLAIM AND TO APPROVE PAYMENT OF
SPECIAL COUNSEL'S FEES AND COSTS AND
SUBROGATION - 1

00353593.DOC

case and the *Ex Parte* Order Reopening Chapter 7 Case was entered on October 12, 2006 *(Docket No. 11)*. The United States Trustee was authorized to appoint a trustee in the matter. Upon the reopening of the case, the Notice of Appointment of Trustee was entered on October 13, 2006, appointing the undersigned as Chapter 7 Trustee *(Docket No. 12)*.

Debtors' *Amended* Schedule B—Personal Property identifies a personal injury claim which occurred on or around January 4, 2004. Debtors' *Amended* Schedule C—Property Claimed as Exempt lists the personal injury claim and asserts an exemption under 11 U.S.C. § 522(d)(11)(D) for $18,450.00 and under 11 U.S.C. § (d)(5) for $10,095.00 *(Docket No. 21)*.

Trustee has objected to Debtor's exemptions and intends to object to any exemption amount based upon Debtor's failure to disclose the claim *(Docket No. 23)*.

A fee agreement was signed by Debtor with Daniel H. Haire, attorney at law. Mr. Haire declined representation of Trustee. However, Mr. Haire did incur costs in the amount of $481.42.

Debtor executed a fee agreement with the firm of Orlandini & Waldron and John Orlandini. A copy of which is attached to the Declaration of Disinterest *(Docket No. 16)* executed by Mr. Orlandini. The fee agreement signed by Debtor states a one-third (1/3) contingency amount. The source of payment will be the proceeds generated from the personal injury claim. The net proceeds of which are not subject to any liens or encumbrances except as otherwise provided below. Additional fees and expenses are not expected to be incurred.

Mr. Orlandini received a settlement offer of $45,000.00 for the personal injury claim. Upon the advice of Mr. Orlandini, Trustee has agreed to seek approval of the settlement amount of $45,000.00.

A copy of the proposed Final Accounting & Distribution of Funds is attached hereto as **Exhibit A** and incorporated herein by this reference.

MOTION TO APPROVE SETTLEMENT OF MEDICAL
MALPRACTICE CLAIM AND TO APPROVE PAYMENT
OF SPECIAL COUNSEL'S FEES AND COSTS AND
SUBROGATION - 2

00353593.DOC

In this regard, Trustee seeks approval to settle Debtor's personal injury claim for $45,000.00 and to pay therefrom Mr. Orlandini's attorneys' fees of $15,000.00 and costs of $269.25 and to pay costs to Mr. Haire in the amount of $481.42 and subrogation to Group Health Cooperative in the amount of $4,090.86. The balance will be held by Trustee pending further court order.

Trustee feels that the settlement is reasonable in light of the possible litigation issues and costs and uncertainty of litigation and it is in the best interest of the estate and therefor Trustee seeks approval to **a)** settle the personal injury claim for $45,000.00; **b)** execute any necessary releases in Trustee's discretion to facilitate the settlement; **c)** pay to Orlandini & Waldron the contingency fee of $15,000.00 and costs of $269.25; **d)** pay to Daniel H. Haire his costs of $481.42; **e)** pay to Group Health Cooperative its subrogation amount of $4,090.86; and **f)** the balance of $25,158.47 to Trustee for administration in this bankruptcy estate.

DATED this 28th day of March, 2007.

By: /s/ Terrence J. Donahue
Terrence J. Donahue, WSBA #15193
Chapter 7 Trustee

MOTION TO APPROVE SETTLEMENT OF MEDICAL
MALPRACTICE CLAIM AND TO APPROVE PAYMENT
OF SPECIAL COUNSEL'S FEES AND COSTS AND
SUBROGATION - 3

00353593.DOC