LAW OFFICES
**ORLANDINI & WALDRON**
A Professional Services Corporation

John L. Orlandini*
Mark D. Waldron
*Also admitted in Alaska

6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com

# PROPOSED FINAL ACCOUNTING & DISTRIBUTION OF FUNDS FOR: TERRENCE DONAHUE, TRUSTEE FOR THE BANKRUPTCY ESTATE OF DEBORAH MATTHEWS NOW PAULSON

| | | |
|---|---|---|
| Amount Received: | $45,000.00 | |
| 1/3 Attorney Fee: | $15,000.00 | |
| Subtotal: | | $30,000.00 |
| Less Outstanding Costs - OW:<br>Pierce County Superior Court filing fee $200.00<br>ABC Legal Messengers (service) $69.25 | $ 269.25 | |
| Less Outstanding Costs - Daniel Haire<br>Dr. Smith rept $395.00<br>Group Health $63.22<br>Ambulance $23.20 | $ 481.42 | |
| Subtotal: | | $29,249.33 |
| Less Liens: | | |
| Group Health Cooperative<br>($6,136.28 - 1/3) | $ 4,090.86 | |
| Total Amount Due Bankruptcy Trustee: | | $25,158.47 |