| | | |
|---|---|---|
| 1 | Terrence J. Donahue<br>Chapter 7 Trustee | The Honorable Philip H. Brandt<br>Chapter 7 |
| 2 | 1200 Wells Fargo Plaza<br>1201 Pacific Avenue | Hearing Date: April 24, 2007<br>Hearing Time: 9:30 a.m. |
| 3 | Tacoma, Washington 98402<br>Telephone: (253) 620-2519 | Response Date: April 17, 2007<br>Hearing Location: Tacoma, WA |
| 4 | Facsimile No.: (253) 620-2529 | |

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In Re: | | NO. 04-42330-PHB |
| DEBORAH JOY MATTHEWS, | | ORDER GRANTING *AMENDED* MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM AND TO APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS AND SUBROGATION |
| | Debtor. | |

**THIS MATTER** having come on for hearing upon the Chapter 7 Trustee's *Amended* Motion to Approve Settlement of Personal Injury Claim and to Approve Payment of Special Counsel's Fees and Costs and Subrogation, and the Court having reviewed the records and files herein, finds that adequate and proper notice was provided, that no objections were filed and that cause exists to grant the relief requested and having so found, it is hereby

**ORDERED**, **ADJUDGED**, **AND DECREED** that the Chapter 7 Trustee's *Amended* Motion to Approve Settlement of Personal Injury Claim and to Approve Payment of Special Counsel's Fees and Costs and Subrogation is hereby granted and the Trustee is authorized to accept $45,000.00 in settlement of Debtor's personal injury claim and to execute any releases associated therewith; and it is further

////

ORDER GRANTING *AMENDED* MOTION TO APPROVE
SETTLEMENT OF PERSONAL INJURY CLAIM AND TO
APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES
AND COSTS AND SUBROGATION - 1

00355293.DOC

1    **ORDERED, ADJUDGED AND DECREED** that Trustee is authorized to pay to John Orlandini and Orlandini & Waldron special counsel fees of $15,000.00 and costs of $269.25; and it is further

**ORDERED, ADJUDGED AND DECREED** that Trustee is authorized to pay to Debtor's prior attorney, Daniel H. Haire, his costs of $481.42; and it is further

**ORDERED, ADJUDGED AND DECREED** that Trustee be authorized to pay to Group Health Cooperative its subrogation amount of $4,090.86 and the balance of the settlement shall be held by Trustee pending further order of the Court.

DATED this 23rd day of April, 2007.

_____
UNITED STATES BANKRUPTCY JUDGE

Presented by:

By: /s/ Terrence J. Donahue
    Terrence J. Donahue, WSBA #15193
    Chapter 7 Trustee

ORDER GRANTING MOTION TO APPROVE
SETTLEMENT OF PERSONAL INJURY CLAIM AND TO
APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES
AND COSTS AND SUBROGATION - 2

00355293.DOC